IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY KAUPHUSMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV245 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HONG'S, INC., II, d/b/a China Buffet and HONG'S, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on after a conference with counsel for the parties on April 21, 2006. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Continue and for Leave to Notify Defendants of Nonexpert Witnesses and Exhibits Out of Time (Filing No. 25) is granted in part and denied in part, as set forth herein.

2. The defendant's Objection to a continuance (Filing No. 28) is granted in part and denied in part, as set forth herein.

3. The Final Pretrial Conference with the undersigned magistrate judge is rescheduled for **April 28, 2006, at 2:30 p.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.

4. The defendant's Motion to Quash Subpoena and Exclude Plaintiff From Offering Any Exhibits (Filing No. 27) is denied.

DATED this 21st day of April, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge