IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY KAUPHUSMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV245 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HONG'S, INC., II, d/b/a China Buffet and HONG'S, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 31). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 31) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 28th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge